ROBERT FROMER *v.* JOHN LOMBARDI ET AL.
(11878)

O'CONNELL, HEIMAN and FREEDMAN, Js.

Argued November 2—decision released November 23, 1993

*Robert Fromer,* pro se, the appellant (plaintiff).

*Thomas J. Londregan,* for the appellees (named defendant et al.).

PER CURIAM. The judgment is affirmed.